**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| Paul Hence,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Catalytic Products International, Inc.<br><br>　　　　　Defendant. | Honorable Judge Joan B. Gottschall<br><br>No.1:16-cv-07741 |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　The parties hereby agree to the dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own attorneys' fees and costs.

AGREED TO:

/s/Kevin P. Noll　　　　　　　　　　　　　　　　/s/Kearney W. Kilens

Kevin P. Noll
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street
Suite #200
Geneva, IL 60134
Tel.:　(630) 232 7450
Fax:　(630) 232 7452

Michael Zoldan
Jason Barrat
ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd., Suite #213
Scottsdale, AZ 85260
Tel:　(480) 442 3410

Kearney W. Kilens
Christie B. Benear
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite #300
Chicago, IL 60606
Tel:　(312) 781 6686
Fax:　(312) 781 6630

*Attorneys for Plaintiff*　　　　　　　　　　　　　*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2017, I electronically filed the foregoing AGREED STIPULATION OF DISMISSAL WITH PREJUDICE, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kearney W. Kilens
Christie B. Benear
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite #300
Chicago, IL 60606
Tel: (312) 781 6686
Fax: (312) 781 6630

Michael Zoldan
Jason Barrat
ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd., Suite #213
Scottsdale, AZ 85260
Tel: (480) 442 3410

               /s/Kevin P. Noll